**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Miguel Carrillo
       Plaintiff,

v.               Case No.: 1:08−cv−01612
               Honorable Sidney I. Schenkier

Michael J. Astrue
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

  MINUTE entry before the Honorable Sidney I. Schenkier: The parties' agreed motion for briefing schedule (doc. # 15) is granted. Plaintiff's motion and supporting memorandum are due by 09/22/08; defendant's cross−motion and memorandum in support of the cross−motion and in opposition to plaintiff's motion is due by 10/21/08; and plaintiff's reply is due by 11/04/08. The status hearing set for 7/15/08 is strickenTelephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.